MAY NORWOOD v. ABRAHAM WECHSLER and Others, Impleaded with BENJAMIN E. GREENSPAN and Others.— Motion for resettlement denied, without prejudice to a motion for a preference. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by ALBERT CONWAY, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EMPIRE STATE MUTUAL INSURANCE COMPANY. Objections of FRANKLIN ALLEN WINDOW CLEANING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARY ELLEN STEINREICH v. KENNETH P. STEINREICH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

WILLIAM V. O'DRISCOLL, as Sheriff of Hudson County, v. SONS OF ITALY GRAND LODGE, INC., a Membership Corporation of the State of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRVING WALD v. ROY A. MOREY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

In the Matter of the Petition of the NEW YORK CENTRAL RAILROAD COMPANY for an Order of the Transit Commission Determining the Elimination of Certain Street Crossings by Its Railroad at Grade on the West Side of Manhattan Island, from the Southerly Terminus of Said Railroad at St. John's Park to the Harlem Ship Canal, Formerly Spuyten Duyvil Creek. THE CITY OF NEW YORK. THE TRANSIT COMMISSION OF THE STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

IDA GUTMAN v. HYMAN NEWMAN, as Receiver in Supplementary Proceedings of the Goods, Chattels and Credits of MAX GUTMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NIEWENHOUS CO., INC., v. INDUSTRIES DEVELOPMENT CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EMANUEL HARTZIGINAKIS v. CARMANA REALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.